

# Fourth Court of Appeals
## San Antonio, Texas

December 20, 2023

No. 04-23-00943-CR

**IN RE** James **RUBIO**, Relator

Original Mandamus Proceeding[1]

### ORDER

Having considered Relator's petition for writ of mandamus, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.

It is so **ORDERED** on December 20, 2023.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of December, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1991-CR-6722-W2, styled *Ex parte Rubio*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Stephanie R. Boyd presiding.